UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

| **Date:** September 28, 2015 | **Time:** 2:03-2:06 p.m. (3 minutes) | **Judge:** HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| **Case No.**: 15-cr-00454-HSG-1 | **Case Name:** Unites States of America v. Rush | |

**Defendant:** Daniel Rush (**Present**)
**Appearance for Plaintiff:** Adam Wright; John Hemann
**Appearance for Defendant:** William Osterhoudt

**Deputy Clerk:** Nikki D. Riley                               **Court Reporter:** JoAnne Bryce

**PROCEEDINGS:** STATUS CONFERENCE - HELD

**Notes:**  Matter is continued to October 26, 2015 at 2:00 p.m. in Oakland.  Time is excluded from September 28, 2015 to October 26, 2015 based on defense counsel's need to effectively prepare. AUSA John Hemann is ordered to submit proposed order re exclusion of time to the Court for signature.